IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CATHERINE E. BRITTON, )
 )
 Plaintiff, )
 )  1:05CV64
 v. )
 )
JO ANNE B. BARNHART, )
Commissioner of Social Security, )
 )
 Defendant. )

**O-R-D-E-R**

On December 6, 2006, in accordance with 28 U.S.C. § 636(b), the Recommendation of the United States Magistrate Judge was filed and served on the parties in this action and a copy was given to the court.

Within the time limitation set forth in the statute, counsel for Plaintiff objected to the Recommendation.[1]

The court has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

---

[1] The court notes that, in her Objections to the Recommendation, Plaintiff complains that the ALJ's limitations on movements of the hands must includes handling. *See* Objections, p. 3. In Plaintiff's summary judgment brief, however, she complained about limitations on "movements of the hands," *see* Plaintiff's Br. Sup. Mot. S.J., p.. 4, and made no complaint about handling. Moreover, the court agrees that the Recommendation properly addressed the ALJ's prohibition on frequent, repetitive movement of the hands.

**IT IS THEREFORE ORDERED** that the Plaintiff's motion for summary judgment [Pleading no. 11] be **DENIED**, that the Commissioner's motion for judgment on the pleadings [Pleading no. 13] be **GRANTED**, that the Commissioner's decision is **AFFIRMED**, and that this action be dismissed with prejudice. A Judgment dismissing this action will be entered contemporaneously with this Order.

_____
United States District Judge

DATE: February 26, 2007