IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CATHERINE E. BRITTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:05CV64 |
| v. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

### J-U-D-G-M-E-N-T

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS THEREFORE ORDERED AND ADJUDGED** that this action be, and the same hereby is, dismissed with prejudice.

_____
United States District Judge

DATE: February 26, 2007